IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| CHERRIE A. HAGERTY,<br><br>    Plaintiff,<br><br>v.<br><br>FLUXCREDIT, INC.,<br><br>    Defendant. | 2:23-CV-126-Z-BR |

**NOTICE**

Before the Court is Plaintiff's Notice of Voluntary Dismissal With Prejudice ("Notice") (ECF No. 10), filed August 21, 2023. Plaintiff filed this Notice "before the opposing party serve[d] either an answer or a motion for summary judgment," meaning this dismissal does not require the Court's order. FED. R. CIV. P. 41(a)(1)(A)(i); *see* ECF No. 10 (no answer filed before this Notice). The Court therefore **DIRECTS** the United States District Clerk to close the case.

The Court issues notice accordingly.

January 31, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE